RENEE CHOY OHLENDORF (SBN 263939)
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-361-6000
Facsimile: 415-834-9070

Attorneys for Defendants
TD BANK USA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC BUSH, | Case No. 2:18-cv-01657-WBS-AC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TD BANK USA, N.A. TO RESPOND TO COMPLAINT** |
| vs. | |
| Experian Information Solutions, Inc.; TD Bank USA, N.A., and DOES 1 through 100 inclusive, | Complaint Filed: June 7, 2018 |
| Defendants. | Trial Date: TBD |

**TO THIS HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Local Rule 144 and F.R.C.P. 6(b), Plaintiff Eric Bush ("Plaintiff") and Defendant TD Bank USA, N.A. ("TD Bank"), hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed the Complaint in the above-captioned lawsuit on June 7, 2018;

**WHEREAS**, TD Bank was served with the Summons and Complaint on or about June 15, 2018, and TD Bank's responsive pleading or motion to the Complaint is currently due on July 6, 2018;

**WHEREAS**, the parties have agreed that TD Bank will answer or otherwise respond to the Complaint, on or before July 30, 2018. This extension of time will not affect any pending court dates or deadlines, nor will it prejudice any party herein;

**IT IS STIPULATED** that TD BANK USA, N.A., will answer or otherwise respond to the Complaint on or before July 30, 2018.

DATED: July 10, 2018                    HINSHAW & CULBERTSON LLP

                                        By: /s/ *Renee Choy Ohlendorf*
                                        RENEE CHOY OHLENDORF
                                        Attorneys for Defendants
                                        TD BANK USA, N.A.

Dated: July 10, 2018                    SAGARIA LAW, P.C.

                                        By:  /s/ *Elliot W. Gale*
                                        Attorneys for Plaintiff
                                        ERIC BUSH

### FILER ATTESTATION

I, Renee Choy Ohlendorf, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*s/Renee Choy Ohlendorf*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE