Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Eric Bush

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| ERIC BUSH,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>Defendants. | Case No.: 2:18-cv-01657-WBS-AC<br><br>**ORDER** |

Pursuant to the stipulation of Plaintiff Eric Bush and Defendant TD Bank USA, N.A., TD Bank USA, N.A. is dismissed from this action with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 13, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE